in and for the United States District
Court of mid florida at Tampa

1st Draft

Harrell Anthony Gaston III
v.                    case # via COCUS
State of florida      8:22 cv 82 KKM-TGW
Chad Chronister Sheriff Hillsborough
Kristi Poore Jail administrator
Ashley Moody Attorney General
Secretary of State
Agents Companions Accessories others

Harrell now Challenges the State of a civil/criminal Complaint of "Estoppel" in the violations of Constitutional Laws USC 1-10 and 14 in both
"Prima facea"

Spirits world of Delusions of Grandeur and the real world offset Dimensions of Oppression of the Accused for Profits in a Commercial Jail Setting

Here Comes Harrell Prose in forma Genetiur in forma Pauperis w/o Costs or fees before the High Esteemed US District Court tampa in a redress of Grievances challenging the Cause Legality and Constitutionality of denial

page one
6 Jan 22

Memorandum for Record

1st Draft

Harrell v State (Fla) et al    # TBD COC

(cont)1  (Chronister/Hillsborough cty
                    "Estoppel"

P
1
= [(-of denial of USC articles and Am 1-10 and 14 with Heavy Gravity on Six and 1-6 and like item FSC am specifically in and that the following Grounds of Denials to access to the Courts and the Vigourous preparation for Court (Due) Process is denied in unequal Protections as counted below in this total, complete, and permanant mooting, dismissing and denial to the Court System either Pro Se with appointed Paid Attorney but being held in Oppression by the jail under the Executive Branch (FS ssch # 30 (sheriffs) (ch 950/951) is in "Prima facea Estoppel" acting outside the Boundaries of its office of Defined Duties and Responsibilities, neither from the Heart or mind but certainly from the

(06Jan22)       "Absurdity Doctrine" is
  trench of Eaten Straw and Clearly
page has Soiled the USC by the 7 Principles
(2) of Influence rule of Mindless Complicity.

Memorandum for Record

1st Draft

Harrell v State (Fla) et al   Case #

(cont)₂  Grounds/Counts/Predicates

1. Ground one Count one Predicate one III

   a. Background

   (1) Harrell was removed from the questionabley Legal/non Legal veterans Researgence Pod at [R] ACSO·DSD 090 on Monday 03 Jan 22 in the PM which has not been made clear to Harrell as to the Source of Authority and Enabling Documents of the knowledgable violations of any Codes Statutes Rules or Regulations of any competent or incompetent but clearly from the Spirit World of "I'm a Seargent I can make up rules on the fly and non judicially Punish You"

   (2) Harrell was issued the Excuse that SGT Jiminez Loc 9D [R] SGT on day 02 Jan 22 post Harrell being advised at 0130 MOL 03 Jan to rollup for transport to Court Harrell did issue vigorous debate as to the Court the Case # and Division id and 06 the Transport order of which Dep Jan Gram (akra 19Delta Scout (an Army term) 22 had no Answer for Harrells multi facet Question   page three

## Memorandum for Record

1st Draft

Harrell v State (Fla) et al    # TBD COC

(cont)3  1 Ground one - Count one - Predicate one
  a. Background
   (1) pg 𝄪 𝄪 𝄪 1 Open Brief/Petition
   (2) pg *    1/2 Estoppel/Absurdity Doc.
   (3) pg 3 (1st dft)! Background 1,a,(1)(2) Gnd 1
   (4) pg 4   (3)  Background Gnd 1 cont

(3) The unlawful order 4 Harrell to report 4 transport without being able to provide any reasonable Lawful Cause or Legality Criteria put Harrell in a Unique Superior knowledge-authority as Harrell knew the Clear Proofs of the following Constractors Sgt Jiminez unlawful transport Unsupported via a legal open Case in East divisions Plant City and in Lights clearly the following Clear Proofs Apply:
 (a) 02 Sep 20, Judge K.T. Fernandez div "f" did order Harrell's right 2 appear before the Courts as waived 4 ITP3210rp
 (b) Based upon the 02 Sep 20 order in the matter of 20cf9382A (TRES 6002) Circuit Court and a Continuum up to and Continuing until ordered again on 20 DEC 21 order. page four

Memorandum for Record       06JAN22
                            1st Draft

Harrell v State (Fla) et al    # TBD Clerk

(Cont) 4

1 Ground one
a. Background - (Cont) (pg 4)
  (3) Unlawful order 2 Transport
    (c) Jiminez did on Harrells Exercize to waive right to appear as ordered via "f" sitting "fernandez J." charge Harrell w/ Unclear un Law fully challenging his unlawful order would be in violation of Flst RCrProc # 3.210.(a)(2) the ITP Rules pursuant 2 fss ch 394 and 916 "mentally Ill defendants" a Court is enjoined from holding a hearing requiring an ITP Def° 2 appear and Harrell being deemed a forensic client on order of a mental Illness Motion" gaining Judicial Notice on 06 Nov 20 but in actually Harrell was deemed Incompent via USDVA Sec'y in mar 20 and Harrell being under the care of H/C Provider the USDVA and more recently the Cardiac and Neurology Depts of U/f Health Care Gainesville florida the Court has Continuously Struck Harrells motions under page five Flst RCrP 3.210

Memorandum for Record

1st Draft

Harrell v State (Fla) et al   #TBD COC

(cont'd) a Criminal Complaint and Civil

2. Ground two —

(a.) Jimenez a Public Servant of the Executive Branch, nor the Judicial Branch, is enjoined from Exercising and role over anyone Subject under the Legislative Branch as Harrell is Subject to ch 394 "the Florida State Mental Health Act" and fs sschr 916 "the Florida State Forensic Clients Act" where Harrell enjoys protections under 916.107 "Rights of forensic clients" and Jimenez and the other defendants to this Civil/Criminal Complaint for redress of Grievances has certainly violated not only 394 Patients Civil Rights but also 916.107 fss Rights of Forensic Clients.

(b.) Jimenez and other Civil Servants of HCSO and Chronister Sheriff of Hillsborough cty have violated Harrells Peace and Dignity under flag of USCRA (64) following Elder Person Act, (65) ADA, HIPAA, APA, Cruel and unusual Punishment

page six

Memorandum for Record                                1st Draft

Harrell V State (fla) etal          # TBD COC

(cont) 6 2 Ground two -

(c) Jiminez and other Civil Servants have violated almost in "completely" forma the Protections Equal of the "Rights of forensic Clients pursuant to FS ss Ch 916.107 and meet the Criteria under the Violations Section of .107 causing Harrell to make this Pleading before the Higher US Court Seeking Justice in this matter of Civil Rights violations under USCRA (64 and applicable Acts and Amendments and Articles of USC and violations of Equal Protections of US laws and Regulations (CFR) ie the US ADA (mental Health Laws)(Acts)(vulnerable Elderly Persons (65)) HIPAA acts violations of Due Process Priveledge as HCSO Agents have knowingly under violations of Search and Seizure in multiple unlawful Searchs foeled via the Absurdity Doctrine and founded in ULTRA Vires cause have contrabanded Harrells Court (Due) Process causing multiple Actions (cases) to be closed and Dismissed both State and federal

page Seven

Memorandum for Record  
1st Draft

Harrell v State (fla) et al   # TBD COCUS

3. Ground three —
(a) Currency of Charges 06Jan22
  (1) "Order to Transport"
   (a) # SDM 259981 (unknown author)

  (2) Two lapsed closed Sealed cases
   (a) 20CF9382  TRE 6002  810 fs
     1. Closed 26 May 21

   (b) 20CF9383  FIPFA
     (1) Closed 23 Sep 20

   (c) both now closed/sealed
     (1) under multiple USDCMDFTampa
     # 821CV1989TPB-AEP the USJM
     has ordered that Harrell is being
     Detained without Cause or Conviction
     via the State of Florida

(d) Conclusions of law
  (1) Harrell is Captive under Kidnap laws
     definition State and federal
  (2) The Sheriff has erred in Booting
     Harrell under non Statutory Labeling
     indicating RICO /Human trafficking

page Eight

Memorandum for Record
Harrell v State (Fla) et al # TBD COC    1st Draft
ie US Case # 821cv1989 TPB-AEP references
Interim Remedies Sought

1a The Period of 15 Nov 20 until Harrell is released from captivity of a non violation jurisdiction on no cause or conviction and the label of Mentally Ill Defendants and Forensics Clients Act of Florida be used as Period One

b. The Basis for accounting unlawful time period begins on 15 Nov 21 and tolls 2 Release and Discharge as per FS sscn 961 unlawful incarceration Compensation Act

c. The accounting method Basis to
(1) be Hazevant v City of Tampa 741 F 2d 336 (11th Cir 1984)
(2) and/or Rodney King v City of LA

(3) and/or the higher award of a jury plus Cola and Elderly Disabled increases

2a Harrell moves the court for judicial notices and subsequent order for DOJ to initiate criminal proceedings to confirm/deny an excessive force Brutal Beating occurring 26 APR 21 while Harrell was ITP since 06 Nov 20
06 Jan 22 @ Tampa  page nine    Harrell 47-900x

Clerk
Please file as a
Civil/Criminal Complaint
under USCRA (65)
violations of 1-10 and 14
w/ Emphasis on 6th Right 2
access the court.
as a new Petition Complaint
06 Jan 22 at Hoore II 47-9020
Tampa fla